U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 15 2017

CLERK, U.S. DISTRICT COURT
By _____
Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| DRAKE LAFAYETTE WILLIS | ) | |
| ID # 15057233, | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 3:16-CV-1466-M (BH) |
| | ) | |
| SHERIFF LUPE VALDEZ, | ) | Referred to U.S. Magistrate Judge |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings,

Conclusions, and Recommendation of the United States Magistrate Judge for plain error, the

Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and

they are accepted as the Findings and Conclusions of the Court.   For the reasons stated in the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the motion

to abate (doc. 29) is **DENIED**.

**SIGNED** this 15 day of August, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE